UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    *        CASE NO. 26-52840-bem
                                          *
FERNANDOR LAMIS SIMS,                     *
           Debtor.                        *        CHAPTER 13
_____

**CERTIFICATE OF SERVICE**

I certify that I have this date served the following parties with a copy of the within and foregoing Initial Chapter 13 Bankruptcy Plan and Amended Voluntary Petition by placing a true copy of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive
Atlanta, Georgia 30303

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave. NE
Atlanta, GA 30303
*Via ECF*

Fernandor Sims
3481 Pinetree Drive SE
Smyrna, GA 30080

All parties on "Mailing Matrix" and "Supplemental Matrix"

This, the 26th day of March, 2026.

                                                  Respectfully submitted,

                                                  HICKS HILL, LLC

                                                  */s/ Katherine J. Hill*
                                                  KATHERINE J. HILL
                                                  Georgia Bar No. 218574
                                                  *Attorney for Debtor*
                                                  305 Lawrence Street, Ste. 210
                                                  Marietta, Georgia 30060
                                                  770.428.1000