Label Matrix for local noticing
113E-1
Case 26-52840-bem
Northern District of Georgia
Atlanta
Mon Mar 16 11:03:11 EDT 2026

Benson Investments, LP
12460 Crabapple Rd
Alpharetta, GA 30004-6602

Capital One Auto Finance, a division of Capi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Katherine J. Hill
Hicks Hill, LLC
Suite 210
305 Lawrence Street
Marietta, GA 30060-2093

Jennifer Benson McClure
202 HIghpoint Ridge Rd.
Ellijay, GA 30536-7221

Renasant Bank
209 Troy Street
Tupelo, MS 38804-4827

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1229

Fernandor Lamis Sims
3481 Pinetree Drive SE
Smyrna, GA 30080-4451

Westfall Law
4994 Lower Roswell Road
Suite 6
Marietta, GA 30068-4332

End of Label Matrix
Mailable recipients    9
Bypassed recipients    0
Total                  9