**Fernandor Sims**
**Case 26-52840-BEM**
**Supplemental Creditor Matrix**

1st Franklin Financial Corp.
PO Box 880
Attn: Admin Services
Toccoa, GA 30577

Affirm, Inc.
650 California Street, 12th Floor
San Francisco, CA 94108

Apple Federal Credit Union
PO Box 1200
Fairfax, VA 22038

Bank of America
401 N. Tryon Street
Charlotte, NC 28255

Benson Investments
202 Highpoint Ridge Rd.
Ellijay, GA 30536

Benson Investments, LP
12460 Crabapple Rd
Alpharetta, GA 30004

BlueVine
500 Arguello St., Floor 3
Redwood City, CA 94063

Capital One
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Capital One Auto Finance
2525 Corporate Place #250
Monterey Park, CA 91754

David Fogel, Esq.
1225 Franklin Ave., Suite 201
Garden City, NY 11530

F.L. Sims Funeral Home
2201 S. Cobb Drive SE
Smyrna, GA 30080

F.L. Sims Funeral Home
3481 Pinetree Drive SE
Smyrna, GA 30080

Georgia Department of Revenue
Compliance Division/Bankruptcy
2595 Century Pkwy NE, Ste. 339
Atlanta, GA 30345

Harper Advance
6420 Wilshire Blvd, Ste 860
Los Angeles, CA 90048

Harris Loftus, PLLC
7900 Sudley Rd. Ste. 608
Manassas, VA 20109

IJP Holdings, LLC
1460 East Cleveland Ave.
East Point, GA 30344

Internal Revenue Service
Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Jennifer Benson McClure
202 HIghpoint Ridge Rd.
Ellijay, GA 30536

JP Morgan Chase
PO Box 15368
Wilmington, DE 19850

LaGrange Holdings, LLC
3344 Peachtree Road NE
Suite 1950
Atlanta, GA 30326

Lending Point, LLC
201 Roberts Blvd NW
Suite 200
Kennesaw, GA 30144

Lendmark Financial
270 Cobb Pkwy SE, Ste. 70
Marietta, GA 30060

Lentegrity Auto Finance
27472 Pontola Pkwy #205-345
Foothill Ranch, CA 92610

NovoPlus Business Setup, Inc.
2201 South Cobb Drive, SE
Smyrna, GA 30080

One Main Financial
PO Box 1010
Evansville, IN 47706

Quantum3 Group, LLC
PO Box 788
Kirkland, WA 98083

Reliant Funding
525 Broadhollow Road
Melville, NY 11747

Renasant Bank
209 Troy Street
Tupelo, MS 38804

Robertson Anschutz Schneid
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Robinhood Credit
548 Market St. #30684
San Francisco, CA 94104

Sheffield Financial Corp.
PO Box 580229
Charlotte, NC 28258

Small Business Administration
233 Peachtree Center Ave NE
Atlanta, GA 30303

Stone Street Capital, LLC
6130 Executive Blvd., Suite 310
Rockville, MD 20852

Weltman,Weinberg & Reis
5990 West Creek Rd., Ste 200
Independence, OH 44131

Westfall Law
4994 Lower Roswell Rd., Suite 6
Marietta, GA 30068

Wiles & Wiles
800 Kennesaw Ave., Suite 400
Marietta, GA 30060-7946