**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Fernandor Lamis Sims |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Georgia (State) |
| Case number | 26-52840-bem |

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Renasant Bank

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 1 9

**Date of payment change:**
Must be at least 21 days after date of this notice
07 / 01 / 2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ 5933.57

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment: $ _____     New escrow payment: $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No

   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate: 5.000 %     New interest rate: 7.875 %

   Current principal and interest payment: $ 3687.96     New principal and interest payment: $ 4777.65

| Part 3: | Annual HELOC Notice |
|---|---|

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No

   ☐ Yes.

   Current HELOC payment:     $_____

   Reconciliation amount:     + $_____ or
                              - $_____

Debtor 1    Fernandor Lamis Sims
            First Name      Middle Name      Last Name                    Case number (*if known*) 26-52840-bem

---

Amount of next payment (including reconciliation amount)                    $_____

Amount of the new payment thereafter (without reconciliation amount)        $_____

### Part 4:    Other Payment Change

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
        (*Court approval may be required before the payment change can take effect.*)

    Reason for change:  _____

    **Current mortgage payment:** $ _____        **New mortgage payment:** $ _____

### Part 5:    Sign Here  /s/ David C. Whitridge

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

    ☐ I am the creditor.

    ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ David C. Whitridge                                        Date  4/27/26
   Signature

Print:    David            C.            Whitridge            Title  Attorney
          First Name      Middle Name    Last Name

Company   Whitridge Law, LLC

Address   3292 Thompson Bridge Rd., Suite 340
          Number          Street
          Gainesville                    GA        30506
          City                           State     ZIP Code

Contact phone  ( 770 ) 712 - 6787                Email  david@whitridgelaw.com

---

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page **2**

```
RENASANT BANK                                    PENDING CHANGE
  LOAN DEPARTMENT                                RATE AND PAYMENT
PO BOX 4140                                      DATED 04-17-26
TUPELO, MS 38803-4140
```

```
ACCOUNT NUMBER      ██████0019
NOTE NUMBER         00000000001
```

```
        FERNANDOR SIMS
        3481 PINETREE DR SE
        SMYRNA GA 30080-4451
```

RATE INFORMATION

AS OF 06-01-26 YOUR NEW INTEREST RATE WILL BE   7.875000% WHICH IS BASED
ON AN INDEX VALUE OF   4.406010%   PLUS A MARGIN OF   3.500000 ROUNDED
TO THE NEAREST   0.125000%.   YOUR PREVIOUS INTEREST RATE WAS   5.000000%,
WHICH WAS BASED ON AN INDEX VALUE OF   2.510250%.  THE CHANGE FROM YOUR OLD
RATE TO YOUR NEW RATE IS   2.875000%.

```
FLOOR:       3.750000%       CEILING:       10.000000%
PERIOD CAP:  5.000000%
```

PAYMENT CHANGE INFORMATION

AS OF 07-01-26 YOUR NEW PAYMENT WILL BE      $5,933.57.

YOUR NEW LOAN BALANCE WILL BE       $608,006.79 AS OF 07-01-26
(ASSUMING SCHEDULED PAYMENTS ARE MADE AS DUE).
```
PAYMENT DETAIL:  PRINCIPAL/INTEREST  $      4,777.65
                 ESCROW              $      1,155.92
                 VOLUNTARY INSURANCE $          .00
                 TOTAL PAYMENT       $      5,933.57
```

YOUR LOAN INTEREST RATE IS SCHEDULED TO BE ADJUSTED ON THE ABOVE MENTIONED
DATE.  IF THERE IS AN OUTSTANDING BALANCE ON YOUR LOAN AS OF THIS
ADJUSTMENT DATE, YOUR INTEREST RATE WILL BE CHANGED TO THE NEW RATE.

YOUR PAYMENT WILL BE CHANGING TO AN AMOUNT SUFFICIENT TO REPAY YOUR LOAN
OVER ITS LIFE.  THE PAYMENT WILL BE CHANGING FROM THE OLD AMOUNT TO THE NEW
AMOUNT AS OF THE EFFECTIVE DATE LISTED ABOVE.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CALL A LOAN OFFICER
AT 877-367-5371.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  26-52840-bem |
| | ) | |
| FERNANDOR LAMIS SIMS, | ) | CHAPTER 13 |
| Debtors. | ) | |
| | ) | HONORABLE BARBARA ELLIS-MONRO |

**<u>CERTIFICATE OF SERVICE</u>**

  I certify that on April 27, 2026 I electronically filed the foregoing NOTICE OF MORTGAGE PAYMENT CHANGE using the Bankruptcy Court's ECF program, which sends a notice of this document and an accompanying link to the following parties who have appeared in this cased under the Court's ECF program: K. Edward Safir, Chapter 13 Trustee and Katherine J. Hill, Hicks Hill, LLC, Debtor's counsel. I further certify that on this day I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid, on the following parties at the following address: Fernandor Lamis Sims, 3481 Pinetree Drive SE, Smyrna, GA 30080.

/s/ *David C. Whitridge*
**David C. Whitridge**
Georgia Bar #754793
WHITRIDGE LAW, LLC
5207 Shirley Road
Gainesville, Georgia 30506
Telephone:  770.712.6787
david@whitridgelaw.com
Attorney for Renasant Bank